## Harton's Estate (No. 2).

Argued Nov. 1, 1905. Appeal, No. 153, Oct. T., 1905, by Margaret Fertig, from decree of O. C. Allegheny Co., May T., 1905, No. 3, dismissing exceptions to adjudication in Estate of G. Bruce Harton, deceased. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE STEWART, January 2, 1906:

The facts are the same here as in Harton's Estate, ante, p. 499, just decided. For reasons stated in the opinion filed in that case, the appeal in this is dismissed at the cost of the appellant, and the decree of the court below is affirmed.